IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | **CASE NO.: 7:24-CR-10 (WLS-TQL-2)** |
| **ALGERNON A. FLOYD,** : | |
| : | |
| Defendant. : | |
| : | |

### ORDER

Before the Court is Defendant's Unopposed Motion to Continue Trial in the Interest of Justice ("the Motion") (Doc. 45). Therein, Defendant requests a continuance of the pretrial conference in this matter, which is scheduled for October 8, 2024, as well as a continuance of his trial from the November 2024 trial term to the next Valdosta Division trial term. (*Id.*) Defendant contends that a continuance is warranted (1) to allow additional time for his counsel to investigate concerns regarding sentencing enhancement, which only recently became apparent through the Government's proposed plea agreement, and (2) to determine the impact of his co-defendant's decision to enter a plea of guilty. Defendant notes that the Government does not oppose the Motion and that the interests of justice served by granting the requested continuance outweigh the best interests of the public and the Government in a speedy trial. (*Id.*)

Based on Defendant's stated reasons and the fact that the Government does not oppose the Motion, the Court finds that a continuance is necessary for Defendant's counsel to effectively prepare a defense. The Court further finds the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, and for good cause shown, Defendant's Motion (Doc. 45) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED** to the Valdosta Division February 2025 term and its conclusion, or as may be otherwise ordered by the Court. Accordingly, the October 8, 2024 pretrial conference is **CANCELLED**.

1

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 4th day of October 2024.

                                              **/s/ W. Louis Sands**
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**