**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CR-10 (WLS-TQL) |
| | : | |
| ALGERNON A. FLOYD, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

The Court intends to notice this case for the February 2025 trial term. Parties' counsel shall review the case, confer, and inform the Court no later than **Tuesday, November 12, 2024,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference.**

**SO ORDERED**, this 4th day of November 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1