AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

V.

ALGERNON A. FLOYD

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   7:24-cr-10-2 (WLS-ALS)

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

W. LOUIS SANDS, SENIOR UNITED STATES DISTRICT JUDGE
Name and Title of Judge

February 7, 2025
Date